Pro Se Reviewed KY Summons Issued KY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, N.Y. 10007

Ruby J. Krajick
Clerk of Court

MEMORANDUM OF PRO SE FEE

CASE CAPTION: Ana Perisic

VS

Ogden CAP Properties, LLC et al

Select Venue: (Manhattan:) ✓ White Plains: ______

Has this action, case, or proceeding or one of the same been previously filed in S.D.N.Y at any time? ✓ No ___ Yes
If yes, please provide the docket number here ______________________. Was this case dismissed? ___No ___ Yes

Natures of Suit:

___ 440 Other Civil Rights
✓ 442 Employment
___ 462 Naturalization Application
___ 463 Alien Detainee
___ 465 Other Immigration Actions
___ 510 Motions to Vacate Sentence 28 USC 2255
___ 530 Habeas Corpus
___ 540 Mandamus & Other
___ 550 Civil Rights
___ 555 Prison condition
___ 820 Copyrights
___ 830 Patents
___ 840 Trademark
___ 863 DIWC/DIWW (405(g))
___ 864 SSID Title XVI
___ 890 Other Statutory Actions
___ Other Nature of Suit: ______________________

Do you claim this case is related to a civil case now pending in S.D.N.Y as defined by Local Rule for Division of Business 13? If yes, please provide the docket number here ______________________

FILING FEE:

✓ $402.00 NEW COMPLAINT ___ $5.00 HABEAS CORPUS PETTITION ___ IFP

CASE # 23 CV 04916

JUDGE ASSIGNED JUDGE TORRES

RECEIPT # 17279

MAG. JUDGE WILLIS

AFTER YOUR PAYMENT HAS BEEN PROCESSED, PLEASE RETURN THIS FORM WITH A COPY OF THE RECEIPT TO THE PRO SE INTAKE UNIT TO COMPLETE THE FILING PROCESS.