UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANA PERISIC,

                     Plaintiff,                     **ORDER**

         -against-                    **23-cv-4916 (AT) (JW)**

OGDEN CAP PROPERTIES, LLC,
*et al.*

                    Defendants.
------------------------------------------------------------------X

        The Court notes that Plaintiff is currently not represented by an attorney (in other words, Ms. Perisic is acting "*pro se*").

        On July 12, Defendants Philip Milstein, Abigail Black Elbaum, Jeanne Silberman, and John McDermott (collectively, the "Individual Defendants") and Ogden CAP Properties, LLC ("Ogden") moved to dismiss all claims under the Rehabilitation Act of 1973 and all claims against the Individual Defendants. Dkt. No. 10.

        To date, Ms. Perisic has not filed an Opposition to the Motion to Dismiss or a request for an extension of time.

        On July 31st, the Court received a voicemail from counsel for defendant inquiring as to whether, in a pro se case, standard deadlines under the local rules apply prior to the holding of the initial case management conference.

        Therefore, the Court orders the following:

- **The telephone conference scheduled for August 23rd shall now be held in-person.** Ms. Perisic and the attorneys for all Defendants must appear in person in Courtroom 228, 40 Foley Square, New York, New York **on August 23, 2023, at 10:30 am**. The Parties are

- encouraged to arrive early enough to clear security so that the conference can start on time.

- **All deadlines in this case are paused** until the above conference is held. New deadlines will be issued following that conference.

The Parties are reminded that they have been directed to each complete the Proposed Case Management Plan for Pro Se Cases available at https://nysd.uscourts.gov/sites/default/files/practice_documents/JW%20Willis%20Proposed%20Case%20Management%20Plan%20for%20Pro%20Se%20Case.pdf.

The Parties are directed to confer on a timeline for discovery as well as a briefing schedule for the pending motions to dismiss.

**Plaintiff should submit the Proposed Case Management Plan for Pro Se Cases to the Pro Se Intake Unit and Defendant should submit it via ECF and simultaneously mail a copy to Plaintiff**.

The Pro Se Intake Unit is located in the United States Courthouse, 500 Pearl Street, Room 200, New York, New York (telephone 212-805-0175) and can assist pro se litigants in connection with court procedures.

The Court also notes that there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse.  The Clinic is open on weekdays from 10 a.m. to 4 p.m.,

except on days when the Court is closed. Plaintiff is encouraged to make an appointment with the Clinic by calling (212) 659-6190.

To the extent Plaintiff wishes to receive documents in this case electronically (by e-mail instead of by regular mail) she may consent to electronic service by filing a Pro Se Consent to Electronic Service Form, available in the Pro Se Intake Unit or at https://nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

**The Court respectfully requests that the Defendants email a copy of this Order to Ms. Perisic.**

**Finally, the Clerk of Court is respectfully requested to mail a copy of this order to the Pro-se litigant at the following address: 460 Main Street, Apt. 4Q New York, NY.**

SO ORDERED.

DATED:   New York, New York
         August 3, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge