UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANA PERISIC,

                           Plaintiff,

       -against-

OGDEN CAP PROPERTIES, LLC, *et al.*,

                          Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-cv-4916 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The parties were heard in an Initial Case Management Conference on August 23, 2023. The parties expressed an interest in settlement. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) and provide three mutually agreeable dates for a settlement conference by **September 1, 2023**. Proposed dates should be in October, November, or December.

      Any scheduled conference will occur in person in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties must review Judge Willis's Standing Order for All Cases Referred for Settlement and prepare pre-conference submissions accordingly.

      Additionally, oral argument on Defendants' Motion to Dismiss at Dkt. No. 10 is scheduled for **September 27, 2023 at 10:00 am** in Courtroom 228. If any party needs to change the date of the conference, that party must make the request, by

letter, as soon as the need for a different date is known, but by no later than three (3) business days before the scheduled conference date.

Defendant is directed to order a copy of the transcript from the Initial Case Management Conference and provide a copy to Plaintiff and the Court. Defendant is respectfully requested to email a copy of this order to Plaintiff as well.

Finally, the Clerk of the Court is respectfully requested to mail a copy of this order to Plaintiff at the following address: 460 Main Street, Apt. 4Q, New York, NY.

SO ORDERED.

DATED:   New York, New York
         August 23, 2023

_____
JENNIFER E. WILLIS
United States Magistrate Judge