UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANA PERISIC,

                           Plaintiff,

-against-

OGDEN CAP PROPERTIES, LLC, *et al.*,

                           Defendants.
-----------------------------------------------------------------X

**ORDER**

**23-cv-4916 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On September 20th, the Court received a letter from the Defendants requesting a conference, stating they have "recently received communications from pro se Plaintiff Ana Perisic pertinent to the pending motion. Specifically, on September 13, 2023, Ms. Perisic requested Defendants' consent to her voluntary dismissal of this action, without prejudice. In light of our pending motion, and Plaintiff's pro se status, we advised Ms. Perisic that we would be requesting a conference with the Court to discuss her request." Dkt. No. 28.

The same day, the Plaintiff submitted a letter saying, "I am writing to request that the Court dismiss my case without prejudice. I have agreed to stipulate to the dismissal of the Rehabilitation Act claims against all defendants and the ADA claims against the individual defendants. All that remains is the ADA claim against Ogden CAP Properties. I am asking that claim to be dismissed without prejudice." Dkt. No. 29.

The Parties were previously scheduled to appear for oral argument in-person on September 27th at 10 am. Dkt. No. 23.

In light of the Parties' letters, **the oral argument scheduled for the 27th is canceled.**

However, **on September 27th at 10:30 am,** the Parties shall instead attend a remote telephone conference to discuss the potential withdrawal of claims and to clarify whether the Parties wish to move forward with the November 30th settlement conference. The public telephone line for the conference is +1 646-453-4442 and the passcode is 778765662#. **The Parties must attend via video. A link to the video conference will be provided separately via email.**

SO ORDERED.

DATED:   New York, New York
         September 25, 2023

_Jennifer E. Willis_
_____
JENNIFER E. WILLIS
United States Magistrate Judge