UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ana Perisic,

                Plaintiff,

-against-

Ogden CAP Properties, LLC, Jeannie Silberman,
John McDermott, Abby Black Elbaum,
and Philip Milstein,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/02/2023_

23 Civ. 4916 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the proposed consent order to dismiss the above-captioned action, filed on September 28, 2023. ECF No. 31. Plaintiff's signature is not dated. By **October 13, 2023**, the parties shall submit a revised proposed consent order.

    SO ORDERED.

Dated: October 2, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge