```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ana Perisic,

                      Plaintiff,

-against-

Ogden CAP Properties, LLC, Jeannie Silberman, John McDermott, Abby Black Elbaum, and Philip Milstein,

                      Defendants.

23 Civ. 4916 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 2, 2023, the Court ordered the parties to submit a revised proposed consent order by October 13, 2023. ECF No. 32. That submission is now overdue. By **October 24, 2023**, the parties shall file a revised proposed consent order, or Defendants shall file a letter explaining the delay.

      SO ORDERED.

Dated: October 17, 2023
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge