```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/21/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ana Perisic,

                              Plaintiff,

          -against-

Ogden CAP Properties, LLC, Jeannie Silberman,
John McDermott, Abby Black Elbaum,
and Philip Milstein,

                              Defendants.

23 Civ. 4916 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed the proposed stipulation to dismiss certain claims from the above-captioned action, filed on November 20, 2023.  ECF No. 37.  Although Plaintiff's signature is now dated, it is text-only.  Moreover, although Plaintiff has access to the Court's electronic filing system, *see* ECF No. 24, Defendants, and not Plaintiff, filed the document on the Court's electronic filing system.  Accordingly, the stipulation does not sufficiently indicate that Plaintiff has indeed agreed to the terms of the stipulation.  By **December 5, 2023**, the parties shall submit a revised proposed stipulation, or Plaintiff shall electronically file a document indicating her assent to the terms of the stipulation.

        SO ORDERED.

Dated:  November 21, 2023
        New York, New York

                                        _____
                                        ANALISA TORRES
                                        United States District Judge