UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GEORGE GRESHAM, JR.,

                              Plaintiff,                      **ORDER**

           -against-                                  21-CV-3912 (JW)

NEGUN MAXIMOSS ROMANI,

                              Defendant.

------------------------------------------------------------------

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      By **March 1st,** the Parties shall confer and provide the Court with a joint status update on whether discovery is complete. If discovery is not complete, the Parties shall propose a discovery deadline. If discovery is complete, in that letter the Parties shall provide a proposed briefing schedule for any dispositive motions.

      SO ORDERED.

Dated:  New York, New York
        February 22, 2024

                                                  _Jennifer E. Willis_
                                                 JENNIFER E. WILLIS
                                                 United States Magistrate Judge