Fox Rothschild

49 Market Street
Morristown, NJ 07960
973.992.4800 973.992.9125
WWW.FOXROTHSCHILD.COM

HEATHER R. BOSHAK
Direct No: 973.994.7508
Email: hboshak@foxrothschild.com

April 22, 2024

**Via ECF**
Hon. Jennifer E. Willis, U.S.M.J.
United States District Court,
Southern District of New York
40 Foley Square, Room 425
New York, NY 10007

**Re: Perisic v. Ogden CAP Properties, LLC, et al.**
**Case No. 1:23-cv-04916-AT-JW**

Dear Magistrate Judge Willis:

This firm represents defendant Ogden CAP Properties, LLC ("Ogden"), in the above-referenced matter. Please accept this letter motion in lieu of a more formal submission in support of Ogden's request that the in-person attendance of a representative of its insurance carrier be excused from the forthcoming in-person settlement conference scheduled to take place before the Court on May 2, 2024, at 11:30 a.m., and that she be permitted to attend telephonically.

Pursuant to the Court's Standing Order for All Cases Referred for Settlement (the "Standing Order"), the parties, and not just their attorneys, must attend the settlement conference in person, which includes a decision-making representative of any relevant carrier. The Standing Order further provides that if a party resides more than 100 miles from the courthouse and it would be a great hardship for that party to attend in person, upon written application, the Court may excuse that party's presence but require that they be available via telephone throughout the settlement conference.

In the present matter, the Senior Claims Specialist with responsibility for this matter on behalf of Ogden's insurance carrier resides in Pennsylvania, over 100 miles from the courthouse. In addition, she has recently returned from maternity leave and is working a reduced schedule. As such, her in-person attendance at the settlement conference would be a great hardship. Furthermore, the manager responsible for covering the Senior Claims Specialist's files should an

emergency arise, is based out of Los Angeles, California, and also resides more than 100 miles from the courthouse. It would be a great hardship and expense to require his attendance across the country on this matter, in the event his assistance is required. Finally, a representative of Ogden with decision making authority will be present with defense counsel.

Accordingly, based on the foregoing, Ogden respectfully requests that its insurance carrier's representative be excused from in-person attendance at the parties' settlement conference. The Senior Claims Specialist assigned will be available telephonically throughout the duration of the settlement conference on the scheduled date, with full settlement authorization authority.

We thank the Court for its courtesies and attention to this matter.

Respectfully submitted,

FOX ROTHSCHILD LLP

Heather R. Boshak

Cc: Ana Perisic, *Plaintiff Pro Se* (via ECF)