NYLAG
New York Legal Assistance Group

April 30, 2024

Honorable Jennifer E. Willis
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Perisic v. Ogden CAP Properties, LLC, 23-cv-04916-AT-JW

Dear Judge Willis,

NYLAG represents Plaintiff Ana Perisic for settlement purposes. I write jointly with Heather Boshak, counsel for Defendant, to respectfully request that the settlement conference form due tomorrow and the May 2, 2024 settlement conference be adjourned indefinitely. The parties have reached a settlement in principle and we are preparing the necessary documentation.

Respectfully submitted,

*[s] Natalie Tecimer*

Natalie Tecimer
Staff Attorney
New York Legal Assistance Group
SDNY Pro Se Clinic
Thurgood Marshall US Courthouse
40 Foley Square, Room LL22
New York, New York 10007
Direct: 212-613-6525