Heather R. Boshak
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
*Attorneys for Defendant Ogden Cap Properties, LLC*
49 Market Street
Morristown, New Jersey 07960
Tel: 973.992.4800
Fax: 973.992.9125
hboshak@foxrothschild.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANA PERISIC,<br><br>Plaintiff,<br><br>vs.<br><br>OGDEN CAP PROPERTIES, LLC,<br><br>Defendant. | Civil Action No.: 1:23-cv-04916-AT-JW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS** |

**IT IS** hereby stipulated and agreed by and among the parties that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the Complaint be and is hereby dismissed in its entirety with prejudice, without rights of appeal, with each party to bear its own costs and attorneys' fees.

**PLAINTIFF PRO SE**

By: Ana Perisic
Ana Perisic

Dated: 5/20, 2024

**FOX ROTHSCHILD LLP**
*Attorneys for Defendant Ogden Cap Properties, LLC*

By: Heather R. Boshak
Heather R. Boshak

Dated: 5/31, 2024